

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Richard Owen Taylor, Appellant

No. 06-17-00032-CV      v.

Medtox Diagnostic, Inc., Medtox Scientific, Inc., and Medtox Laboratories, Inc., Appellees

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 12C0709-202). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

       We note that the appellant, Richard Owen Taylor, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 26, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk